## RECORD OF MAGISTRATE'S PROCEEDINGS

| UNITED STATES OF AMERICA | MAGISTRATE'S DOCKET # | 1:11-mj-9 |
|---|---|---|
| vs | DATE OF COMPLAINT | 2/25/2011 |
| DAVID A. RINKE II | CRIMINAL DOCKET NUMBER | |
| | DATE OF INDICTMENT | |
| | STATUTE: | |

DATE ARRESTED:   2/25/2011

### INITIAL APPEARANCE

| Before Magistrate | [ ] SENSENICH  [ ] MITCHELL  [ ] HAY | [ ] CAIAZZA  [x] BAXTER  [ ] PESTO | Date: 2/25/2011   Time: 12:00 PM | Casette Tape #    Tape Index: |

U. S. ATTORNEY        Christian Trabold, AUSA

1. RIGHTS EXPLAINED ✓

2. COMPLAINT/INDICTMENT/INFORMATION:
   - [ ] Read    [ ] Summarized    [✓] Reading waived
   - [✓] Defendant provided with a copy of the charges
   - [ ] Defendant to be provided with a copy of the charges as soon as possible

3. ACT & PENALTIES
   - [ ] Read    [ ] Summarized    [✓] Reading waived

4. COUNSEL
   - [ ] Defendant requested appointment         [ ] Defendant waived appointment
   - [ ] Defendant represented by: _____
   - [ ] Defendant expects to retain: _____
   - [ ] Affidavit executed.
   - [ ] Not Qualified    [ ] Qualified    [ ] with possible requirement for partial or full payment
   - [✓] Federal Public Defender appointed
   - [ ] CJA Panel Attorney _____ appointed

5. BAIL
   - Recommended Bond: _____
   - Bond Set at: _____
   - [ ] By Consent      Additional Conditions Imposed: _____
   - [ ] By Magistrate
   - [ ] Bond Posted
   - [✓] Temporary Commitment issued      [ ] Final Commitment issued
   - Bond Review Hearing Set For: _____
   - Detention Hearing Set For:  2·28·11 @ 3:30

6. PRELIMINARY EXAMINATION/RULE 40 HEARING/ARRAIGNMENT
   - Preliminary Exam/Rule 40/Arraignment set for: to be set on Monday _ Before Magistrate Baxter

ADDITIONAL COMMENTS: following Detention Hrg.