# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| United States of America | ) | |
|---|---|---|
| | ) | |
| | ) | |
| Plaintiff | ) | No.          1:11-mj-9 |
| vs. | ) | |
| David A. Rinke, II | ) | |
| | ) | |
| | ) | |
| Defendant | ) | |

HEARING ON   February 28, 2011   Detention Hearing

Before   U. S. Magistrate Judge Susan Paradise Baxter

Christian A. Trabold, Esq., AUSA                    Thomas W. Patton, Esq., Federal P.D.

Appear for Plaintiff                                        Appear for Defendant

Hearing Begun   3:30 pm                         Hearing Adjourned to

Hearing concluded C.A.V.   4:40 pm          Stenographer   Ron Bench
                                                               CD:          Index:

**WITNESSES**

For Plaintiff                                                    For Defendant

After testimony & argument, the Court rules
to release defendant pre-trial in the custody of
his parents as 3rd party custodian - release not
to follow. Defendant not to be released until
all monitors are in place.

AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

_____WESTERN_____ DISTRICT OF _____PENNSYLVANIA_____

United States of America

V.

David A. Rinke, II

## EXHIBIT AND WITNESS LIST

Case Number:  1:11-mj-9

| PRESIDING JUDGE Susan Paradise Baxter | PLAINTIFF'S ATTORNEY Christian A. Trabold, Esq. | DEFENDANT'S ATTORNEY Thomas W. Patton, Esq. |
|---|---|---|
| TRIAL DATE (S) February 28, 2011 | COURT REPORTER Ron Bench | COURTROOM DEPUTY Leslie R Wallen |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| #1 |  | 2-28-11 | ✓ | ✓ | Correspondence from Erie School District |
|  | ✓ | 2-28-11 |  |  | Marilyn Rinke, mother of Defendant |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.



# The School District of the City of Erie

**148 West 21st St. Erie, PA 16502**
**Phone: 814/874-6000  Fax: 814/874-6049**
**www.eriesd.org**

Jay D. Badams
*Superintendent of Schools*

Dr. Walter Strosser
*Assistant Superintendent of Schools*

Charlise Moore
*Assistant to the Superintendent*

DIRECTORS
John C. Harkins
President
James R. Herdzik
Vice-President
Edward M. Brzezinski
Robert S. Casillo
Gary N. Horton
Jeanine M. McCreary
Mary Frances Schenley
Richard T. Szychowski
Eva Tucker, Jr.

Robin Smith
Secretary

November 9, 2010



GOVERNMENT EXHIBIT
CASE NO.
EXHIBIT NO. 1

Mr. David A. Rinke II

Erie, Pennsylvania 16504

Dear Mr. Rinke:

As we have discussed with you several times, in order to continue in your employment as a teacher with this District long-term, you must change your approach to interactions with students. As professional educators, we are to work diligently and thoughtfully to develop and maintain productive, positive relationships with students. Those relationships serve the development of our students in many ways. Any relationships we develop with students are to be exclusively for the benefit and development of our students. We do not befriend students. Befriending students can lead to many problems. It erodes the respect that students should have for our professional positions, and the effect of our modeling appropriate behavior. Plus, students should be focused on befriending each other. We should not distract them from doing so.

While you genuinely seem to want your students to succeed in school and life, you seem confused about the type of relationship to have with them. You need to stop befriending them, and to stop taking steps that might appear to them to reflect a desire on your part to befriend them.

We are not going to try to imagine all of the ways in which you might reach out to students to befriend them. The list would be almost endless.

However, this letter is to put you on formal notice that, if and as we become aware of actions by you inconsistent with this letter, and your professional responsibilities, we will discipline you.

Mr. David A. Rinke II
Page 2
November 9, 2010

    We insist that you carefully consider these actions and correct your behavior, permanently. Otherwise, to assure the development of our students, we will formally and seriously discipline you. Ultimately, if you cannot or will not conform to our expectations regarding your interactions with students, we will terminate your employment.

    I hope and trust that you understand the severity of this issue. If you have any questions or concerns regarding this matter, please contact me.

                                    Sincerely,

                                    Bea Habursky
                                    Executive Director of Human Resources

c: Jay Badams
   Dr. Tammy Smith
   Dr. Lori Gornall
   Attorney Mark Kuhar
   Carol Laskowski
   John Revell

Ms. Lori Gornall
*Dean*

THE SCHOOL DISTRICT OF THE CITY OF ERIE, PENNSYLVANIA

Mr. Joseph Kimball
*Associate Dean*

## *Northwest Pennsylvania Collegiate Academy*

Mr. Dana Suppa
*Associate Dean*

2825 STATE STREET • ERIE, PENNSYLVANIA 16508 • (814) 874-6300



### SUMMARY OF CONFERENCE HELD ON THURSDAY, JANUARY 19, 2006

In Attendance: David Rinke, Shawn Feiock, John Revell, John Harris, Robert Oliver, Mary Blucas, Lori Gornall

This meeting was held to address several concerns regarding Mr. Rinke and his inappropriate correspondence with Collegiate Academy students.  The line between teacher and student relationships has been blurred and crossed numerous times.  Student perceptions of teachers in our school have been diminished by this correspondence between a Collegiate Academy teacher and his students.

### I. Parent Concerns
A mother met with Ms. Gornall last week to voice concerns about the instant messaging that has occurred between Mr. Rinke and her tenth grade daughter.  Specific parent concerns:
- The time of the instant message (10:42-11:23 pm)
- References to her daughter's personal life
- Invasion into her home
- I.M. not related to Chemistry in any way
- Has heard from daughter and friends that numerous pictures of her daughter from a recent school dance were posted on Mr. Rinke's website
- Instant messaging could be construed as 'trolling'

### II. Myspace.com
Mr. Rinke has an established myspace.com site in which he regularly communicates with Collegiate Academy students.  Students' comments, pictures, and sexual references are totally inappropriate communication between a teacher and his students.  Of specific concern on this site:
- Picture of student aiming a gun stating "Merry Christmas Rinke"
- Reference by students to 'breaking wood' (oral sex phrase)
- Student apologizing for "pissing you off today"
- Student stating, "I can't believe you made a myspace just to meet 14 year old girls!"
- Student stating, "How many other 34 year old men have a myspace, not many"
- Student stating, "Rinke is a noodle"
- Student asking, "When's the next hide and seek at Frontier?"

Students' responses clearly indicate that numerous students consider Mr. Rinke a friend, and not a teacher.  They do not identify with any type of 'line' between student and teacher.